Clerk's Use Only

Initial for fee pd.:

DONALD KEIRON MCGOWIN
CAMPBELL LAW, PC
100 CONCOURSE PARKWAY
SUITE 115
BIRMINGHAM, AL  35244

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

AMIR KHAN, on behalf of himself and all others similarly situated,

        Plaintiff(s),

v.

ORKIN EXTERMINATING COMPANY, INC.; ROLLINS, INC.; ORKIN, INC.; ORKIN, LLC,

        Defendant(s).

CASE NO.  C 10-2156 VRW

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, _Donald Keiron McGowin_, an active member in good standing of the bar of _Alabama_, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing _Plaintiffs_ in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action.  The name, address and telephone number of that attorney is:
H. Tim Hoffman, Hoffman & Lazear, 180 Grand Avenue, Suite 1550, Oakland, California 94612,  (510) 763-5700.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 6-23-10

_____
DONALD KEIRON MCGOWIN

UNITED STATES DISTRICT COURT

Northern District of California

AMIR KHAN, on behalf of himself and all others similarly situated,

        Plaintiff(s),

v.

ORKIN EXTERMINATING COMPANY, INC.; ROLLINS, INC.; ORKIN, INC.; ORKIN, LLC,

        Defendant(s).

CASE NO. C 10-2156 VRW

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

D. KEIRON MCGOWIN, an active member in good standing of the bar of ALABAMA whose business address and telephone number (particular court to which applicant is admitted) is

100 CONCOURSE PARKWAY, SUITE 115
BIRMINGHAM, AL 35244
205-278-6650

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing PLAINTIFFS.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 7/1/2010

GRANTED
Judge Vaughn R Walker
United States District Judge