UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AMIR KHAN, on behalf of himself and all similarly situated,<br><br>            Plaintiff,<br><br>vs.<br><br>ORKIN EXTERMINATING COMPANY, INC.; ORKIN, INC.; ORKIN LLC,<br><br>            Defendants. | Case No:  C 10-02156 SBA<br><br>**ORDER REOPENING CASE AND SETTING CASE MANAGEMENT CONFERENCE**<br><br>Docket 34 |

On July 15, 2010, Chief Judge Vaughn Walker stayed the instant action pending the Supreme Court's decision in AT&T Mobility v. Concepcion, 131 S.Ct. 1740 (2011). See Dkt 30. After the case was reassigned, the Court administratively closed the action and instructed the parties to notify the Court once the Supreme Court had rendered its decision. Dkt. 33. Now that Concepcion has been decided, the parties have jointly requested the Court to reopen the action and to set the matter for a Case Management Conference. Dkt. 34. Accordingly,

IT IS HEREBY ORDERED THAT:

1. The Clerk shall REOPEN the instant action.

2. The parties shall appear for a telephonic Case Management Conference on **July 14, 2011 at 2:45 p.m.** The parties shall meet and confer prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference. The statement shall comply

with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court. Plaintiff shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

    IT IS SO ORDERED.

Dated: June 1, 2011

                                        _____
                                        SAUNDRA BROWN ARMSTRONG
                                        United States District Judge